SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN ISAAC ROMO (1),<br>RUBEN ROMO CERVANTES (2),<br>KIMBERLY MICHELLE ROMO CERVANTES (3),<br><br>Defendants. | Case No. **24MJ1336**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 21, U.S.C. § 841(a)(1) & (b)(1)(A)(vi)– Distribution of Fentanyl (Felony); Title 18 U.S.C. § 2 – Aiding and Abetting |

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about October 4, 2023, within the Southern District of California, defendants RUBEN ISAAC ROMO, RUBEN ROMO CERVANTES, and KIMBERLY MICHELLE ROMO CERVANTES did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi) and Title 18, United States Code, Section 2.

### COUNT TWO

On or about October 12, 2023, within the Southern District of California, defendants RUBEN ISAAC ROMO, and RUBEN ROMO CERVANTES, did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about November 8, 2023, within the Southern District of California, defendants RUBEN ISAAC ROMO, RUBEN ROMO CERVANTES, and KIMBERLY MICHELLE ROMO CERVANTES did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi), and Title 18, United States Code, Section 2.

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

VALENTIN OBREGON JR
Digitally signed by VALENTIN OBREGON JR
Date: 2024.04.05 10:33:37 -07'00'

Valentin Obregon
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this the 5 day of April, 2024.

HONORABLE VALERIE E. TORRES
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, Special Agent Valentin Obregon, Homeland Security Investigations (HSI), declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

I have learned the following information from my personal participation in this investigation and having read reports prepared by other law enforcement officers. The following does not contain all of the information known to me or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

## Buy/Walk of 20,000 Fentanyl Pills on October 4, 2023

On October 3, 2023, an HSI Special Agent, working in an undercover capacity ("Undercover Agent" or "UCA") called a known source of supply ("SOS") to arrange the purchase of 20,000 fentanyl pills for $8,000 USC. The SOS said that the pills would be delivered by a courier in San Diego, CA. The SOS said that a meeting location would be provided the following morning.

On October 4, 2023, the SOS informed the UCA that the courier would meet the UCA at a location near Palm Ave. in San Diego. At approximately 11:30 a.m., the SOS told the UCA that the courier would meet the UCA at a designated address on Desty St. in San Diego, CA. The SOS provided a Mexican phone number for the courier to coordinate the transaction. The UCA made telephonic contact with the number provided by the SOS. The individual who responded stated that they were on the way to the location provided to the UCA.

At approximately 12:53 p.m., a white Honda Civic arrived at the agreed meet location. The UCA met the driver, later identified as RUBEN ISAAC ROMO ("ROMO") at approximately 12:58 p.m. The UCA observed a male in the front passenger seat, later identified as ROMO'S son, RUBEN ROMO CERVANTES ("ROMO CERVANTES), and a female in the back seat, later identified as ROMO'S

3

daughter, KIMBERLY MICHELLE ROMO CERVANTES ("KIMBERLY"). ROMO asked and the UCA confirmed that the UCA been sent by the SOS. ROMO CERVANTES then handed the UCA a box that contained 5 vacuum sealed packages.

The UCA took the box and got into the backseat of the Honda Civic, sitting next to KIMBERLY. The UCA asked if he/she should review the contents, and ROMO confirmed. The UCA inspected the contents of the box, confirming verbally that the box contained "twenty" meaning 20,000 fentanyl pills. The UCA then confirmed that he/she owed them "eight" for the pills, meaning $8,000.

The UCA took the fentanyl pills back to the UCA's vehicle and retrieved the $8,000 payment for the pills. The UCA went back to the Honda Civic and provided the payment to ROMO CERVANTES in a brown bag.

The packages of fentanyl pills weighed approximately 3.06 kilograms.

### Buy/Walk of 860 Grams of Fentanyl Powder on October 12, 2023

On October 10, 2023, the UCA made a phone call to the SOS to arrange for a purchase of one kilogram of fentanyl powder. The SOS arranged with the UCA to complete the sale of the fentanyl powder at a warehouse in San Diego, CA.

On October 12, 2023, the SOS told the UCA that the fentanyl could be picked up at a warehouse located at a given address on Avenida Costa Este, San Diego, CA. The SOS stated that the same Honda Civic that the UCA received the fentanyl pills from on October 4 would meet the UCA at the warehouse to collect the payment for the one kilogram of fentanyl, and that another individual would give the UCA the one kilogram of fentanyl powder.

Shortly after 4:00 p.m., a white Honda Civic arrived at the warehouse, occupied by two individuals, later identified as ROMO and ROMO CERVANTES. At approximately 4:30 p.m., the UCA made contact with ROMO, who was driving the Honda Civic. The UCA and ROMO then drove to the back of the warehouse.

While the UCA was waiting at the back of the warehouse, the UCA raised the possibility with ROMO and ROMO CERVANTES of the UCA potentially transporting narcotics to different locations in the United States. While the UCA was conversing with ROMO and ROMO CERVANTES, another individual approached the UCA's vehicle while holding something under his shirt. As a male individual approached them, the UCA asked ROMO if the approaching male was the person they were waiting for. ROMO confirmed.

The approaching male pulled a vacuum sealed package from under his shirt and handed it to the UCA. The package was later found to contain approximately 860 grams of powder fentanyl. The UCA then handed ROMO a bag containing the payment. The UCA left the warehouse. The Honda Civic also left the warehouse and was observed crossing south into Mexico.

The weight of the fentanyl received that day was approximately 860 grams.

### Buy/Walk of 20,000 Fentanyl Pills on November 8, 2023

On November 7, 2023, the UCA arranged with the SOS to buy 20,000 fentanyl pills on November 8, 2023 at 12:00 p.m. The SOS sent the UCA a photograph of a particular AT&T store in San Diego and said that a courier would meet the UCA there.

On November 8, 2023 at 12:13 p.m., the SOS sent the UCA a message stating that "they" were done at the AT&T store and gave the UCA another location for the transaction via a Google Map link. The location provided was an address on Kentmere Terrace, San Diego, CA. At approximately 12:45 p.m., the UCA traveled to that location and approached a white Honda Accord. ROMO was the driver of the Accord, while ROMO CERVANTES was the front seat passenger. KIMBERLY and another female were sitting in the backseat of the Accord.

ROMO CERVANTES handed the UCA a red bag with vacuum sealed packages containing the fentanyl pills. The UCA asked ROMO if the packages were

the same as the UCA had received in their prior transaction, which ROMO confirmed. The UCA also confirmed with ROMO the quantity of "twenty" (meaning 20,000 pills) and the price ($8,000). The UCA then took the red bag back to the UCA vehicle. The UCA walked back to the Accord and handed ROMO CERVANTES $8,000 USD wrapped in brown napkins. The UCA asked ROMO if he needed to count the money, and ROMO declined.

The weight of the fentanyl received that day was approximately 2.8 kilograms.